## PORTER v. MATTHEWS ENTERPRISES

No. 404P83.

Case below: 63 N.C. App. 140.

Petition by defendants for discretionary review under G.S. 7A-31 denied 27 September 1983.

## RAINTREE HOMEOWNERS ASSOC. v. RAINTREE CORP.

No. 387P83.

Case below: 62 N.C. App. 668.

Petition by plaintiffs for discretionary review under G.S. 7A-31 denied 27 September 1983.

## SANDERS v. YANCEY TRUCKING CO.

No. 383P83.

Case below: 62 N.C. App. 602.

Petition by defendants for discretionary review under G.S. 7A-31 denied 27 September 1983.

## SHUTT v. BUTNER

No. 380P83.

Case below: 62 N.C. App. 701.

Petition by defendant for discretionary review under G.S. 7A-31 denied 27 September 1983.

## STATE v. BATTLE

No. 185P83.

Case below: 61 N.C. App. 87.

Petition by defendant for discretionary review under G.S. 7A-31 denied 27 September 1983.